MICHIGAN SURETY CO. *v.* BAKER.

This case is ruled by *Michigan Surety Co.* v. *Baker, ante,* 611.

Error to Allegan; Cross (Orien S.), J.    Submitted June 13, 1928.    (Docket No. 5, Calendar No. 33,665.) Decided July 24, 1928.

Assumpsit by the Michigan Surety Company against A. N. Baker on a promissory note.    Judgment for defendant.    Plaintiff brings error.    Affirmed.

*Thomas, Shields & Silsbee* (*Clayton F. Jennings,* of counsel), for appellant.

*Clare E. Hoffman,* for appellee.

McDONALD, J.    This case is ruled by *Michigan Surety Co.* v. *Baker, ante,* 611.

The judgment is affirmed, with costs to the defendant.

FEAD, C. J., and NORTH, FELLOWS, WIEST, CLARK, POTTER, and SHARPE, JJ., concurred.